**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gabriel Antonio BLANCO–LOBO, also known as Sergio Alberto Lopez–Cansino, Defendant–Appellant.**

**No. 06–40358**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Gabriel Antonio Blanco–Lobo (Blanco) appeals his guilty-plea conviction and sentence for possession with intent to distribute more than 100 kilograms but less than 1,000 kilograms of marijuana. For the first time on appeal, Blanco contends that 21 U.S.C. § 841(a) and (b) are facially unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because drug type and quantity are elements of the offense that must be presented to the trier of fact. As Blanco acknowledges, this argument is foreclosed by this court's precedent. *See United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.